IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES C. FRAZIER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

v.

CASE NO. 1D16-0052

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed February 5, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

James C. Frazier, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DISMISSED. See Baker v. State, 878 So. 2d 1236 (Fla. 2004) (reiterating that habeas corpus cannot be used to litigate issues that could have been or were raised on direct appeal or in postconviction motions).

OSTERHAUS, KELSEY, and WINOKUR, JJ., CONCUR.